H. REMINGTON & SON PULP & PAPER CO., Respondent, v. WATER COM'RS OF CITY OF WATERTOWN, Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by the H. Remington & Son Pulp & Paper Company against the water commissioners of the city of Watertown. No opinion. Motion for reargument granted.

HUDSON RIVER WATER POWER CO. v. GLENS FALLS PORTLAND CEMENT CO. et al. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Action by the Hudson River Water Power Company against the Glens Falls Portland Cement Company and Glens Falls Gas & Electric Light Company.

PER CURIAM. The decision of the court (95 N. Y. Supp. 421) is amended so as to read: This court holds that the finding of the Special Term that the contract was terminated is not supported by the evidence. The judgment is therefore modified, so as to provide that the complaint be, and the same is, dismissed, upon the ground that at the time of the commencement of this action no cause of action had arisen in behalf of the plaintiff as against the defendants, or either of them; further, that the defendant Glens Falls Gas & Electric Light Company recover of the plaintiff, the Hudson River Water Power Company, the sum of $3,750, with interest on half thereof from November 20, 1902, and on the other half thereof from December 20, 1902, together with the sum of $131.82 costs, making, all told, the sum of $4,397.44, and that said defendant have execution therefor; that the other counterclaims of the defendant the Glens Falls Gas & Electric Light Company be dismissed, upon the ground that neither at the time of the commencement of this action nor at the time of the interposition of said counterclaims had any cause of action in respect of the matters contained therein arisen in behalf of the defendant pleading the same as against the plaintiff. As thus modified, the judgment is affirmed, with costs to the defendant Portland Cement Company against the plaintiff, and without costs to the other parties.

HUNTINGTON, Appellant, v. BACHE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Arabella D. Huntington, as executrix, and Charles H. Tweed, as executor, etc., of Collis P. Huntington, deceased, against Jules S. Bache and others, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

HUNTINGTON et al. v. KNEELAND et al. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Arabella D. Huntington, as executrix, etc., and another, against Sylvester H. Kneeland and others. No opinion. Motions denied.

In re HURST'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) In the matter of the judicial settlement of the account of Charles Hurst, as administrator of the estate of Emma Hurst, deceased. No opinion. Motion to dismiss appeal denied, on condition that the appellant cause the appeal papers to be served and filed within 30 days. If this condition is not complied with, the motion is granted, with costs.

IRVING, Respondent, v. CITY OF UTICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Bertha Irving, an infant, etc., against the city of Utica.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and NASH, J., dissent, on authority of same case on former appeal, reported in 98 App. Div. 635, 90 N. Y. Supp. 1101.

ISELIN, Respondent, v. VILLAGE OF COLD SPRING et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Mary P. Iselin against the village of Cold Spring and Henry Metcalf and others, as trustees, etc. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBUS, Respondent, v. DIAMOND SODA WATER MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Emanuel Jacobus against the Diamond Soda Water Manufacturing Company. G. E. Joseph, for appellant. E. Treadwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBY, Respondent, v. MANDEL, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Rose Jacoby against Max Mandel. No opinion. Judgment and order affirmed, with costs.

JEMISON, Respondent, v. BELL TELEPHONE CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Wallace Jemison against the Bell Telephone Company of Buffalo. No opinion. Judgment affirmed, with costs.

JENNINGS v. SILVER POINT ICE CO. et al. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Augustus Jennings against the Silver Point Ice Company, impleaded with the New York City Railway Company. From a judgment in favor of plaintiff, defendant ice company appeals. Affirmed. D. C. Myers, for appellant. J. H. Hayes, for respondent.

PER CURIAM. The evidence introduced by the New York City Railway Company was enough to justify submission of the case and to justify the determination of the trial justice